UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
|---|---|---|
| | § | |
| Sue A. Ondersma | § | 20-00980 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 3/7/2020 |

## APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Application is made by the undersigned for allowance of reasonable attorney fees and expenses of $994.23 to be paid from the monies paid in by or on behalf of the Debtor, under the provision of Debtor's Chapter 13 estate. Services rendered for the Debtor are as follows:

**See Attached Statements**

Applicant has not shared or agreed to share such compensation (either paid or to be paid) with any other person than employees of the law firm he is associated with. This is the First application for compensation and reimbursement of expenses. The total fees requested in this application are $957.50; the total costs advanced requested are $36.73. The fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
|---|---|---|---|---|
| 3200 | 0.00 | 3200 | 0.00 | 6/18/2020 |

Approved fees and expenses remain unpaid in the amount of $ _0.00_.
This application is not filed less than 120 days after prior application to the Court.

Wherefore, Applicant seeks approval of attorney fees and costs advanced in the amount of $994.23, and that the same be paid through the Plan by Debtors' Chapter 13 Trustee.

Dated: 8/25/2021

/s/
Jeffrey D. Mapes (P70509)
Mapes Law Offices
Attorney for Debtor(s)
29 Pearl St NW Suite 305
Grand Rapids, MI 49503
(616) 719-3847

## SUMMARY SHEET

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Sue A. Ondersma | § | 20-00980 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 3/7/2020 |

Fees & Expenses Previously Requested:     $3200.00
Fees & Expenses Previously Awarded:      $3200.00

NAME OF APPLICANT:        Mapes Law Offices
ROLE IN THIS CASE:         Attorney for Debtor(s)

CURRENT APPLICATION:     Fees Requested:      $957.50
                         Expenses Requested:  $36.73

Fee Application

| | Hours Billed | Per Hour Rate | Total for Application |
|---|---|---|---|
| **Attorneys:** | | | |
| Jeffrey D. Mapes | 12.30 | $275.00* | $3382.50 |
| **Paraprofessionals:** | | | |
| Keaton F. Kolbe | 1.60 | $125.00 | $200.00 |
| Kendra L. Martin | 0.20 | $125.00 | $25.00 |
| Jeffrey A. Radike | 4.20 | $125.00 | $525.00 |

TOTAL HOURS BILLED:   12.30
(Excluding Paraprofessionals)

*Jeffrey D. Mapes was approved to bill $275.00 per hour on 06/30/2019.

# Law Office of Jeffrey Mapes

29 Pearl St. NW Ste. 305
Grand Rapids, MI 49503
United States

# INVOICE

Invoice # 490
Date: 08/25/2021
Due On: 09/24/2021

Sue Ondersma
N, N
N, N

## 20-00980

## Ondersma, Sue

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 11/07/2019 | JDM | Initial Consultation, discuss options under the bankruptcy code, and non-bankruptcy alternatives. Make recommendtions, provide with list of documentation. | 0.70 | $275.00 | $192.50 |
| 11/20/2019 | JDM | RETA Appt. review credit reports, discuss possible payment, interview client, provide list of documents needed. | 1.60 | $275.00 | $440.00 |
| 12/05/2019 | JDM | Bring Back Appointment with client. Review documents provided, give list of remaining docs needed. | 0.40 | $275.00 | $110.00 |
| 12/16/2019 | JDM | Download previous petition from pacer, review and make notes for JAR. | 0.60 | $275.00 | $165.00 |
| 01/09/2020 | JDM | Office appointment with client, discuss chapter 13, issues from previous case, and how to avoid in current case. | 0.60 | $275.00 | $165.00 |
| 01/28/2020 | JAR | Petition Prep, fill in schedules A/B, D, E/F, email with questions on credit report items. | 1.80 | $125.00 | $225.00 |
| 02/18/2020 | JAR | Bring back appointment with client to discuss petition prep/docs. (0.5) Draft CMI calculations, complete means test.(1.3) | 1.80 | $125.00 | $225.00 |
| 02/20/2020 | JDM | Draft/File Documents: Review petition, make changes, draft plan, email client and JAR with questions and docs needed. | 0.70 | $275.00 | $192.50 |
| 02/27/2020 | JAR | Review docs from client, update petition, email JDM. | 0.60 | $125.00 | $75.00 |
| 03/07/2020 | JDM | Signing Appt. Review new bills and paystubs, make changes to schedules, discuss payments and when | 1.80 | $275.00 | $495.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | they begin, discuss taxes and disposable income, answer clients questions. | | | |
| 03/10/2020 | KFK | Drafted PO. | 0.10 | $125.00 | $12.50 |
| 03/13/2020 | KFK | Mailed plan and MOC notice to CEO of Lake Trust. Drafted COS re the same. | 0.30 | $125.00 | $37.50 |
| 04/07/2020 | JDM | Review trustee notes prior to 341, call client, call into hearing and wait. Participate in hearing, speak with client after. | 0.80 | $275.00 | $220.00 |
| 04/20/2020 | JDM | Review Tee Notes re: Confirmation and email Tee questions. | 0.60 | $275.00 | $165.00 |
| 04/24/2020 | JDM | Email(s) with Tee re: Confirmation. | 0.30 | $275.00 | $82.50 |
| 04/28/2020 | JDM | Call with client re: confirmation, attendance, and questions. | 0.30 | $275.00 | $82.50 |
| 04/28/2020 | JDM | Email(s) w/ Tee re: Confirmation. | 0.30 | $275.00 | $82.50 |
| 04/29/2020 | JDM | Call to client to explain proposed amendment to plan, discuss, draft amended plan and email client for approval. | 0.70 | $275.00 | $192.50 |
| 04/29/2020 | JDM | Email with Tee re: amendment, base, and adversary proceeding/adjournment. | 0.20 | $275.00 | $55.00 |
| 05/22/2020 | JDM | Review confirmation emails, send questions to trustee. | 0.30 | $275.00 | $82.50 |
| 05/26/2020 | JDM | Email to Tee re: confirmation/date. | 0.10 | $275.00 | $27.50 |
| 06/02/2020 | JDM | Review Notes for 6/17 Conf. Hearing | 0.10 | $275.00 | $27.50 |
| 06/03/2020 | JDM | Call with client re: USPS garnishment, and creditor listing. Clarified questions/status in petition. | 0.30 | $275.00 | $82.50 |
| 11/24/2020 | JDM | Client called, Lake Michigan froze her checking account because she missed a payment on her credit card. Spoke with Kendra re contacting them. | 0.30 | $275.00 | $82.50 |
| 11/30/2020 | KFK | Left vm for Nicole at LMCU to see if there's anything that can be done to unfreeze client's checking acct | 0.20 | $125.00 | $25.00 |
| 12/10/2020 | KFK | Spoke with Nicole at LMCU re: frozen checking acct | 0.30 | $125.00 | $37.50 |
| 01/18/2021 | KLM | Call to client per her request. She had a question on how to request to keep her 2020 tax refunds. She will be getting us the returns and bills to excuse. She would like her 2019 taxes mailed to her. I told her we would get them out as soon as possible. - KLM | 0.20 | $125.00 | $25.00 |
| 02/01/2021 | KFK | Emailed 2019 taxes to client | 0.10 | $125.00 | $12.50 |
| 03/23/2021 | JDM | Email with Tee's office re: audit. | 0.20 | $275.00 | $55.00 |
| 03/25/2021 | JDM | Review and respond to email from Jodie re creditor. | 0.30 | $275.00 | $82.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/2021 | KFK | Emailed client re: McLaren and Tsaturova | 0.20 | $125.00 | $25.00 |
| 05/28/2021 | KFK | Tee's MTD - 2020 taxes and refunds<br>Emailed client re: taxes 2020 | 0.10 | $125.00 | $12.50 |
| 06/04/2021 | KLW | Email to client re: doc collection/2020 taxes. | 0.10 | $125.00 | $12.50 |
| 06/14/2021 | KLW | Call from client, she will be mailing in taxes. | 0.10 | $125.00 | $12.50 |
| 06/16/2021 | JDM | Reviewed 2020 taxes. Spoke with client re decrease and tax refunds. | 0.40 | $275.00 | $110.00 |
| 06/17/2021 | KFK | Emailed Tee to see if we can excuse the tax refunds because of loss of income | 0.10 | $125.00 | $12.50 |
| 06/18/2021 | KFK | Per Tee's email, client can keep her 2020 refunds due to lower than scheduled income. Emailed client re: the same. | 0.20 | $125.00 | $25.00 |
| 08/25/2021 | JDM | Prepare itemized statement, fee application, and related documents. | 0.70 | $275.00 | $192.50 |

**Services Subtotal**     **$4,157.50**

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 12/16/2019 | Pacer Fees: Fees for downloading petition. | 1.00 | $3.20 | $3.20 |
| 05/26/2020 | Postage-Stamp: Postage for Amended Plan | 42.00 | $0.15 | $6.30 |
| 05/26/2020 | Copies: Copies for Amended Plan | 42.00 | $0.20 | $8.40 |
| 02/02/2021 | Postage - Metered: Mailed 2019 taxes to client | 1.00 | $1.80 | $1.80 |
| 08/25/2021 | Copies: Copies for fee application. | 52.00 | $0.20 | $10.40 |
| 08/25/2021 | Postage-Stamp: Postage for fee application. | 13.00 | $0.51 | $6.63 |

**Expenses Subtotal**     **$36.73**

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jeff Mapes | Managing Partner | 12.3 | $275.00 | $3,382.50 |
| Keaton Kolbe | Non-Attorney | 1.6 | $125.00 | $200.00 |
| Kendra Martin | Non-Attorney | 0.2 | $125.00 | $25.00 |
| Jeff Radike | Non-Attorney | 4.2 | $125.00 | $525.00 |
| Kelsey Wilson | Non-Attorney | 0.2 | $125.00 | $25.00 |
| | | | **Subtotal** | **$4,194.23** |

Invoice # 490 - 08/25/2021

Total     $4,194.23

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 490 | 09/24/2021 | $4,194.23 | $0.00 | $4,194.23 |
| | | | Outstanding Balance | $4,194.23 |
| | | | Total Amount Outstanding | $4,194.23 |

Please make all amounts payable to: Law Office of Jeffrey Mapes

Please pay within 30 days.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
|---|---|---|
| | § | |
| Sue A. Ondersma | § | 20-00980 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 3/7/2020 |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF APPLICATION FOR PROFESSIONAL FEES PURSUANT TO RULE 2016 AND NOTICE OF RIGHT TO OBJECT

Take Notice that the following professionals persons have submitted an application to the Bankruptcy Court for the allowance of fees and expenses as listed below:

| **Professional** | Fees Requested | Expenses Requested | Fees Previously Allowed by Court |
|---|---|---|---|
| Mapes Law Offices, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503 | $957.50 | $36.73 | $3200 |

The fees requested will be paid pursuant to the terms of the confirmed Chapter 13 Plan. Approval of the requested compensation is anticipated to have the following impact on unsecured creditors:

(x) Allowance of the fees will reduce the amount paid to general unsecured creditors.
(x) Allowance of the fees may delay payment to general unsecured creditors.
( ) Allowance of the fees should have no impact on the dividend to general unsecured creditors.
( ) Allowance of the fees will increase the plan length by ___ months, for a total of ___ months.
( ) Other: _____

NOTE: The application is available for public review at the Clerk's Office, (One Division North, Grand Rapids, MI 49503) or (202 West Washington Street, 3rd Floor, Marquette, MI 49855) Monday - Friday from 8:00 a.m. to 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have an objection, you have twenty-one (21) days from the date of this notice in which to file such written objection. In the event that an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

Any Objection must be timely filed with: U.S. Bankruptcy Court WDMI, One Division Ave. NW, Rm. 200 Grand Rapids, MI 49503 A copy of any objection must also be served upon Jeffrey D. Mapes PLC, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503.

Date Notice Served: 8/25/2021    __/s/_____
                                  Jeffrey D. Mapes, Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| Sue A. Ondersma | § | 20-00980 |
| | § | **HON.** Scott W. Dales |
| **Debtor(s)** | § | **Filed:** 3/7/2020 |

## ORDER APPROVING APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Present:    **HON.** Scott W. Dales
Bankruptcy Judge

This matter having come before the Court upon the Application for Additional Attorney Fees and/or Recovery of Costs Advanced, by Mapes Law Offices, Counsel for the Debtor(s); Notice to Creditors and Other Parties of Interest having been served upon all interested parties on or about 8/25/2021; no written objections to said Notice having been filed, and the Court being otherwise fully advised in the premises from which entry of an order appears proper, THEREFORE,

IT IS HEREBY ORDERED that the Application for Additional Attorney Fees and/or Recovery of Costs Advanced in this case be allowed in the amount of $994.23. Fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
|---|---|---|---|---|
| 3200 | 0.00 | 3200 | 0.00 | 6/18/2020 |

Leaving a balance of $994.23 in additional fees to be paid by the Trustee through the Chapter 13 Plan.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon Debtors: 127 Spruce Avenue Holland, MI 49423; Chapter 13 Trustee, Brett Rodgers, 99 Monroe Ave. NW, Ste,. 601, Grand Rapids MI 49503; U.S. Trustee, 125 Ottawa NW, Suite 202R, Grand Rapids, MI 49503; and, Mapes Law Offices, Counsel for Debtor(s), 29 Pearl St NW, Suite 305, Grand Rapids MI 49503.

END ORDER.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | § |
| | § |
| Sue A. Ondersma | § 20-00980 |
| | § **HON.** Scott W. Dales |
| Debtor(s) | § **Filed:** 3/7/2020 |

## CERTIFICATE OF SERVICE

Document(s) Served:

1. Application for Addition Attorney Fees and/or Recovery of Costs Advanced
2. Itemized Statement
3. Notice of & Opportunity to Object to Application for Additional Attorney Fees and/or Recovery of Costs
4. Proposed Order Approving Application for Additional Attorney Fees and/or Recovery of Costs
5. Certificate of Service

Person(s) Served:

1. See attached Creditor Matrix

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the documents listed above on the parties listed above. Any parties not served have been indicated by a large X across their address.

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: 8/25/2021         /s/
                         Jeffrey D. Mapes
                         Mapes Law Offices
                         29 Pearl Street NW, Suite 305
                         Grand Rapids, MI 49503

```
Label Matrix for local noticing      Barbara Tsaturova                Best Egg/SST
0646-1                               PO Box 2878                      4315 Pickett Road
Case 20-00980-swd                    Holland MI 49422-2878            Saint Joseph MO 64503-1600
Western District of Michigan
Grand Rapids
Wed Aug 25 11:56:17 EDT 2021

Borgess Health                       Bronson Healthcare Group         CD Laboratories, Inc.
1521 Gull Road                       Dept #771700                     810 Gleneagles Ct. Ste 100
Kalamazoo MI 49048-1666              PO Box 77000                     Towson MD 21286-2231
                                     Detroit MI 48277-2000

Capital One                          Capital One Bank (USA), N.A.     (p)CAVALRY PORTFOLIO SERVICES LLC
PO Box 6492                          4515 N Santa Fe Ave              500 SUMMIT LAKE DR
Carol Stream IL 60197-6492           Oklahoma City, OK 73118-7901     STE 400
                                                                      VALHALLA NY 10595-2322

Citibank, N.A.                       (p)CITIBANK                      Comenity Bank/Meijer
5800 S Corporate Pl                  PO BOX 790034                    PO Box 182789
Sioux Falls, SD 57108-5027           ST LOUIS MO 63179-0034           Columbus OH 43218-2789

Comenity Bank/Ulta                   Discover                         Discover Bank
PO BOx 182789                        PO Box 6103                      Discover Products Inc
Columbus OH 43218-2789               Carol Stream IL 60197-6103       PO Box 3025
                                                                      New Albany OH 43054-3025

GEHA                                 Internal Revenue Service         (p)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 21542                         Centralized Insolvency Unit      PO BOX 7999
Saint Paul MN 55121-0542             PO Box 7346                      SAINT CLOUD MN 56302-7999
                                     Philadelphia, PA 19101-7346

John D Bradshaw                      Kohl's Capital One               LAKE TRUST CREDIT UNION
107 W Michigan Ave.                  PO Box 3115                      24525 HARPER AVENUE
Kalamazoo MI 49007-3956              Milwaukee WI 53201-3115          ST CLAIR SHORES MI 48080-1286

LVNV Funding LLC                     LVNV Funding LLC                 LVNV Funding, LLC
c/o Resurgent Capital Services       PO Box 10497                     Resurgent Capital Services
PO Box 10587                         Greenville SC 29603-0497         PO Box 10587
Greenville, SC 29603-0587                                             Greenville, SC 29603-0587

Lake Michigan Credit Union           Lake Trust Credit Union          MI DEPT OF TREASURY
PO Box 2848                          501 S Capitol Ave.               COLLECTION DIVISION/BANKRUPTCY
Grand Rapids MI 49501-2848           Lansing MI 48933-2333            PO BOX 30168
                                                                      LANSING, MI 48909-7668

Jeffrey D. Mapes                     Mary Free Bed Rehabilitation     McLaren Greater Lansing
Jeffrey D. Mapes, PLC                235 Wealthy Street SE            7220 Solution Center
29 Pearl St. NW                      Grand Rapids MI 49503-5229       Chicago IL 60677-7002
Suite 305
Grand Rapids, MI 49503-3019
```

Michigan Dept. of Treasury
Tax Collection Enforcement
Bankruptcy Section
Treasury Building
Lansing, MI 48922-0001

Sue Ann Ondersma
127 Spruce Avenue
Holland, MI 49423-2954

Resurgent Capital Services as servicing agen
Best Egg
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SECURITIES & EXCHANGE COMM
BANKRUPTCY SECTION
175 W. JACKSON BLVD.
SUITE 900
CHICAGO, IL 60604-2815

Spectrum Health
PO Box 2127
Grand Rapids MI 49501-2127

Synch/Discount Tire
PO Box 965036
Orlando FL 32896-5036

Three Rivers Health
701 S Health Parkway
Three Rivers MI 49093-9306

United States Attorney's Offic
330 Ionia Ave. NW
Ste. 501
Grand Rapids MI 49503-2580

(p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE
ATTN BANKRUPTCY UNIT
3024 W GRAND BLVD
SUITE 12-100
DETROIT MI 48202-6024

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Brett N. Rodgers
99 Monroe Ave NW, Ste 601
Grand Rapids, MI 49503-2654

Sarah J. Palmer DDS
3484 44th Street SW
Grandville MI 49418-2419

Spectrum Health
PO Box 2207
Grand Rapids MI 49501-2207

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

UNITED STATES TRUSTEE
THE LEDYARD BUILDING, 2ND FLOOR
125 OTTAWA NW, SUITE 200R
GRAND RAPIDS, MI 49503-2837

(p)VELO LAW OFFICE
1750 LEONARD ST NE
GRAND RAPIDS MI 49505-5636

Midland Funding
8875 Aero Drive Ste 200
San Diego CA 92123-2255

Radius Global Solutions
PO Box 390905
Minneapolis MN 55439-0905

Karen L. Rowse-Oberle
Butler Rowse-Oberle PLLC
24525 Harper Avenue
St. Clair Shores, MI 48080-1286

Sparrow Health System
800 Reliable Parkway
Chicago IL 60686-0001

Synch/Care Credit
PO Box 965036
Orlando FL 32896-5036

Third Party Withholding Unit
Michigan Dept. of Treasury
PO Box 30785
Lansing MI 48909-8285

US Disbursing Office
2825 Lone Oak Pkwy
Saint Paul MN 55121-1551

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cavalry Portfolio Services
PO Box 27288
Tempe AZ 85285

Citicards
PO Box 78045
Phoenix AZ 85062

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

| | | |
|---|---|---|
| Michigan Unemployment Insurance Agency<br>3024 West Grand Blvd.<br>Tax Office, Suite 12-300<br>Detroit, MI 48202 | Portfolio Recovery<br>140 Corporate Blvd.<br>Norfolk VA 23502 | Velo Law Office<br>1750 Leonard Street NE<br>Grand Rapids MI 49505 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Amy E. Harmon | (d)LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 1058<br>Greenville, SC 29603-0587 | (u)Lake Trust Credit Union |
| (d)United States Trustee<br>The Ledyard Building, 2nd Floor<br>125 Ottawa NW, Suite 200R<br>Grand Rapids, MI 49503-2837 | End of Label Matrix<br>Mailable recipients    52<br>Bypassed recipients     4<br>Total                  56 | |